**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ENRIGUE HIDALGO Y COSTILLA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Civil Action No. 5:19-cv-1253-XR** |
| | § | |
| **LAKEVIEW LOAN SERVICING, LLC,** | § | |
| | § | |
| *Defendant.* | § | |

<u>**NOTICE OF APPEARANCE OF COUNSEL**</u>

The undersigned attorney, Shelley L. Hopkins of Hopkins Law, PLLC, hereby notifies the

Court that she is entering an appearance as Counsel for Lakeview Loan Servicing, LLC, Defendant

in the above-entitled and numbered cause. Please forward all correspondence, pleadings or other

pleadings in this case to the undersigned counsel to listed below:

Shelley L. Hopkins
Hopkins Law, PLLC
3809 Juniper Trace, Suite 101
Austin, Texas 78738
shelley@hopkinslawtexas.com

Respectfully submitted,

By:     */s/ Shelley L. Hopkins*
        Shelley L. Hopkins
        State Bar No. 24036497
        **Hopkins Law, PLLC**
        3809 Juniper Trace, Suite 101
        Austin, Texas 78738
        (512) 600-4320
        mark@hopkinslawtexas.com
        shelley@hopkinslawtexas.com

        Mark D. Hopkins
        State Bar No. 00793975
        **Hopkins Law, PLLC**
        OF COUNSEL for
        **CODILIS & MOODY, P.C.**
        400 North Sam Houston Parkway East
        Suite 900A
        Houston, Texas 77060
        (281) 925-5243
        (281) 925-5343 Fax

        **ATTORNEYS FOR DEFENDANT
        LAKEVIEW LOAN SERVICING, LLC**

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Federal Rules of Civil Procedure, the foregoing has been filed with the Court via CM/ ECF and I certify that a true and correct copy of the foregoing has been sent on this the 9th day of January 2020 to all parties of record.

***VIA E-SERVICE:***
Oscar L. Cantu
Law Office of Oscar L. Cantu
1004 St. Mary's Street
San Antonio, Texas 78205
R3Oscar@aol.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Shelley L. Hopkins*
Shelley L. Hopkins